UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TATANKA ROWLAND,<br><br>　　　　Defendant. | 5:23-CR-50066-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION AND<br>SENTENCING SCHEDULING ORDER |

　　　　On July 20, 2023, defendant, Tatanka Rowland, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment, which charges him with Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a). The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

　　　　ORDERED that the report and recommendation (Docket 43) is adopted, the plea is accepted, and the defendant is adjudged guilty of Failure to Register as a Sex Offender, in violation of 18 U.S.C. §2250(a), as charged in the Indictment.

　　　　It is FURTHER ORDERED that the sentencing hearing in this matter will be held on **Monday, October 23**, at 8:30 a.m. in Rapid City Courtroom 2.

　　　　Dated July 24, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE